BYRON AMES, Respondent, v. JOHN BARTON PAYNE, Director-General and Agent under Section 206 of the Transportation Act of 1920,[*] Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that it cannot be said as matter of law that the engine in question was permanently devoted to interstate commerce. All concur. Kiley, J., not sitting.

GEORGE H. AMES and Others, Individually and on Behalf of All Other Members and Communicants of Grace Church of Cortland, New York, Who Are Similarly Situated Who May Wish to Join with Them in This Action, Respondents, v. ARTHUR H. BEATY and WILLIAM B. DAVIS, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

WALTER O. BUTLER, Respondent, v. EDWARD H. SHERWOOD, Individually and as Administrator, etc., of ELLA F. SHERWOOD, Deceased, Appellant.— Motion granted.

COUNTY OF ST. LAWRENCE, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

CHARLES C. CAHILL, Respondent, v. ISADOR MUHLFELDER and VICTOR COOGAN, Appellants.— Judgment and order reversed as to the defendant Muhlfelder and as to him complaint dismissed, with costs, upon the authority of *Potts* v. *Pardee* (220 N. Y. 431). Judgment and order reversed as to defendant Coogan on the ground of error in the admission of evidence, and new trial granted, with costs to the appellant to abide event. All concur.

WILLIAM P. COOPER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.